SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

# INTO REGISTRY ACCOUNT

TO:    1.  *Intake Clerk* *

2.  *Case Administrator*

FROM:   *Financial Administrator*

DATE: __8/5/2016__

CASE NAME: __Wisor__

CASE NUMBER: __11-70658-JAD__

---

Check Number __1004789__ in the amount of $ __11.51__ was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: __11636__        Intake Clerk's Initials __NF__

---

*   AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
08/04/2016

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA 15219 | OR | Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 |

Re: ROBERT WILLIAM WISOR, III
TIA MARIE WISOR
Case No: 11-70658JAD

Dear Mr. Rhodes:

    I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
    These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Afni Inc**++
404 Brock Dr
Pob 3667
Bloomington,IL 61702-3667

CHECK NUMBER 1004789     AMOUNT $11.51

    The disbursement(s) was returned to the Trustee for the following reason:

Creditor is on Global Reserve

    Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

    /s/ Jackie Blough
    Administrative Assistant
    for Ronda J. Winnecour, Esq.
    Chapter 13 Trustee

CC:PAUL W MCELRATH JR ESQ
ROBERT WILLIAM WISOR, III
TIA MARIE WISOR
Afni Inc**++