Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Robert William Wisor III
Tia Marie Wisor**
    Debtor(s)

Bankruptcy Case No.: 11−70658−JAD
Doc. # 96
Chapter: 13
Docket No.: 97 − 96

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this 29th day of August, 2016, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

   1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 9/27/16.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

   2. Said Motion is scheduled for hearing on **10/7/16 at 10:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

   4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

   5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **9/27/16.**

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

```
                                  United States Bankruptcy Court
                                  Western District of Pennsylvania
In re:                                                                    Case No. 11-70658-JAD
Robert William Wisor                                                      Chapter 13
Tia Marie Wisor
        Debtors                         CERTIFICATE OF NOTICE
District/off: 0315-7           User: jfur                   Page 1 of 3                   Date Rcvd: Aug 29, 2016
                               Form ID: 408                 Total Noticed: 62


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2016.
db             +Robert William Wisor, III,    48 Old Route 322,    Philipsburg, PA 16866-8245
jdb             Tia Marie Wisor,    48 Old Route 311,    Philipsburg, PA 16866
13098155       +AES KEYSTONE BEST,    c/o AES/PHEAA,    P.O. Box 8183,    Harrisburg PA 17105-8183
13161580       +AES/PHEAA,    PO BOX 8147,   HARRISBURG PA 17105-8147
13098160       +Beneficial/Hfc,    Po Box 3425,    Buffalo, NY 14240-3425
13098162      ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
13098163      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
                 (address filed with court: Citifinancial,     300 Saint Paul Pl,    Baltimore, MD 21202)
13122493       +Citizens Auto Finance,    480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
13098164       +Citizens Caf,   480 Jefferson Blvd,    Warwick, RI 02886-1359
13098165       +Clearfield Bank & Trus,    11 N 2nd St,    Clearfield, PA 16830-2443
13098166        Cnb Bank,   Market & Second,    Clearfield, PA 16830
13098201      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Webbank/Dfs,     1 Dell Way,    Round Rock, TX 78682)
13217981        ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
13250091        ECMC,   P.O. Box 75906,    St. Paul, MN 55175
13098171       +G Jwl/Cbsd,    Po Box 9714,   Gray, TN 37615-9714
13098177       +Hsbc Bank,    Po Box 5253,   Carol Stream, IL 60197-5253
13098178       +Hsbc/Bontn,    Po Box 15221,   Wilmington, DE 19850-5221
13098179       +Hsbc/Rs,    90 Christiana Rd,    New Castle, DE 19720-3118
13098180       +Hsbc/Rs,    Pob 978,   Wood Dale, IL 60191-0978
13098182      #+Keystone Credit Collec,    124 E Main St,    Lock Haven, PA 17745-1323
13109850       +Midland Credit Management, Inc.,     2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13098188       +Midland Credit Mgmt,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13098189       +Midland Funding LLC,    c/ Edwin A. Abrahamsen & Associates, PC,     120 North Keyser Avenue,
                 Scranton, PA 18504-9701
13098190       +Midland Funding, LLC,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13098192       +Oxford Collection Serv,    135 Maxess Rd Ste 2a,    Melville, NY 11747-3801
13098156       +PNC,   c/o AES/PHEAA,    P.O. Box 8183,    Harrisburg PA 17105-8183
13098193      #+Pa Collection Svc,    63 Valley View Dr,    Washington, PA 15301-2409
13098194       +Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
13098195       +Pinnacle Credit Servic,    7900 Highway 7 # 100,    Saint Louis Park, MN 55426-4045
13098196       +Soanb/Fbug,    745 Center Street,    Milford, OH 45150-1324
13098199       +Verizon Pa,    236 E Town St #170,    Columbus, OH 43215-4631
13098200       +Verizon Pennsylvania I,    500 Technology Dr,    Weldon Spring, MO 63304-2225
13098202        Wfnnb/Peebles,    Po Box 64,   Jacksonville, TX 75766

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: camanagement@mtb.com Aug 30 2016 02:14:06      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 30 2016 02:11:55
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
cr              E-mail/PDF: cbp@springleaf.com Aug 30 2016 02:10:33      Springleaf Financial Services,
                 2264 E College Ave,    State College, PA 16801
13144503       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 30 2016 02:14:33       ASSET ACCEPTANCE LLC,
                 PO BOX 2036,    WARREN MI 2036
13098157       +E-mail/Text: EBNProcessing@afni.com Aug 30 2016 02:14:55       Afni, Inc.,   Po Box 3427,
                 Bloomington, IL 61702-3427
13109400       +E-mail/Text: EBNProcessing@afni.com Aug 30 2016 02:14:55       Afni, Inc.,   PO Box 3667,
                 Bloomington, IL 61702-3667
13117665        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 30 2016 02:10:11       B-Line, LLC,
                 MS 550,    PO Box 91121,   Seattle, WA 98111-9221
13098161       +E-mail/Text: ebn@squaretwofinancial.com Aug 30 2016 02:15:25       Cach Llc,
                 4340 S Monaco St Unit 2,    Denver, CO 80237-3581
13098168       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Aug 30 2016 02:15:22
                 Credit Management Co,    2121 Noblestown Road,    Pittsburg, PA 15205-3956
13098167       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Aug 30 2016 02:15:22
                 Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13261659       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 30 2016 02:10:10
                 East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
                 Greenville, SC 29602-0288
13098170       +E-mail/Text: bankruptcynotice@fcbanking.com Aug 30 2016 02:13:49       First Commonwealth Ban,
                 601 Philadelphia St,    Indiana, PA 15701-3952
13433739        E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2016 02:10:38       GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
13151020        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 30 2016 02:11:14       GE Money Bank,
                 c/o B-Line, LLC,    MS 550,   PO Box 91121,    Seattle, WA 98111-9221
13098172       +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2016 02:10:38       Gemb/Care Credit,   Po Box 981439,
                 El Paso, TX 79998-1439
13098173        E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2016 02:11:36       Gemb/Ge Money Bank Low,
                 Po Box 103065,    Roswell, GA 30076
```

```
District/off: 0315-7           User: jfur                  Page 2 of 3                  Date Rcvd: Aug 29, 2016
                               Form ID: 408                Total Noticed: 62

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13098176       +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2016 02:09:36      Gemb/Walmart,    Po Box 981400,
                 El Paso, TX 79998-1400
13098181       +E-mail/Text: bankruptcy@icsystem.com Aug 30 2016 02:15:28      I C System,    P.O. Box 64378,
                 St Paul, MN 55164-0378
13098183       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 30 2016 02:11:14      Lvnv Funding Llc,
                 Po Box 740281,    Houston, TX 77274-0281
13098184        E-mail/Text: camanagement@mtb.com Aug 30 2016 02:14:06      M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
13098185        E-mail/Text: camanagement@mtb.com Aug 30 2016 02:14:06      M & T Bank,    Po Box 7678,
                 Buffalo, NY 14240
13133825        E-mail/Text: camanagement@mtb.com Aug 30 2016 02:14:06      M&T Bank,    1100 Wehrle Drive,
                 Williamsville, NY. 14221
13098186       +E-mail/Text: camanagement@mtb.com Aug 30 2016 02:14:06      M&T Bank Na,    1 Fountain Plz Fl 4,
                 Buffalo, NY 14203-1495
13098187       +E-mail/Text: mpcbankruptcy@marathonpetroleum.com Aug 30 2016 02:14:49      Marathon Petroleum Co,
                 539 S Main St,    Findlay, OH 45840-3229
13294309       +E-mail/Text: bknotice@ncmllc.com Aug 30 2016 02:15:04      National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13098191       +E-mail/Text: bankruptcydepartment@tsico.com Aug 30 2016 02:15:37      Nco Fin/09,
                 507 Prudential Rd,    Horsham, PA 19044-2308
13107917        E-mail/PDF: rmscedi@recoverycorp.com Aug 30 2016 02:11:55
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13098197        E-mail/PDF: cbp@springleaf.com Aug 30 2016 02:11:31      Springleaf Financial S,
                 2264 E College Ave,    State College, PA 16801
13098198        E-mail/PDF: cbp@springleaf.com Aug 30 2016 02:09:30      Springleaf Financial S,
                 600 N Royal Ave,    Evansville, IN 47715
                                                                                              TOTAL: 29

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               M&T Bank
13098174         Gemb/Jcp
13098175         Gemb/Walm
13098154         Robert William Wisor, III and Tia Marie Wisor
cr*             +AES/PHEAA,   PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*              ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
cr*             +East Bay Funding, LLC,    c/o Resurgent Capital Services,   PO Box 288,
                 GREENVILLE, SC 29602-0288
cr*             +National Capital Management, LLC,    8245 Tournament Drive,   Suite 230,
                 Memphis, TN 38125-1741
13098158       ##+Bank Of America,   Po Box 17054,    Wilmington, DE 19850-7054
13098159       ##+Bank Of America,   Po Box 1598,    Norfolk, VA 23501-1598
13098169       ##+Edwin A. Abrahamsen & Associates,    120 North Keyser Avenue,   Scranton, PA 18504-9701
                                                                                  TOTALS: 4, * 4, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-7          User: jfur              Page 3 of 3            Date Rcvd: Aug 29, 2016
                              Form ID: 408            Total Noticed: 62
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2016 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              Andrew F Gornall    on behalf of Creditor    M&T Bank agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Celine P. DerKrikorian    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              Margaret  Gairo    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor    M&T Bank mcohen@mwc-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Tia Marie Wisor ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Robert William Wisor, III ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```