**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ROBERT WILLIAM WISOR, III<br>TIA MARIE WISOR<br>     Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>     Movant<br>     vs.<br>No Repondents. | Case No.:11-70658 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 26, 2016

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 06/15/2011 and confirmed on 9/6/11 . The case was subsequently      Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 73,383.99 |
| Less Refunds to Debtor | 1,472.90 | |
| TOTAL AMOUNT OF PLAN FUND | | 71,911.09 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,000.00 | |
|   Trustee Fee | 2,429.71 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,429.71 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   M & T MORTGAGE CORP*/M&T BANK | 0.00 | 26,413.00 | 0.00 | 26,413.00 |
|     Acct: 5964 | | | | |
|   SPRINGLEAF FINANCIAL SVCS INC | 0.00 | 24,339.00 | 0.00 | 24,339.00 |
|     Acct: 1569 | | | | |
|   M & T MORTGAGE CORP*/M&T BANK | 836.51 | 836.51 | 0.00 | 836.51 |
|     Acct: 5964 | | | | |
|   SPRINGLEAF FINANCIAL SVCS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1569 | | | | |
|   CITIZENS AUTO FINANCE INC(*) | 6,387.55 | 6,387.55 | 675.11 | 7,062.66 |
|     Acct: XXX6499 | | | | |
|   CITIZENS AUTO FINANCE INC(*) | 6,624.00 | 6,624.00 | 780.69 | 7,404.69 |
|     Acct: XXX9797 | | | | |
| | | | | 66,055.86 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 4.68 | 4.68 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT WILLIAM WISOR, III | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT WILLIAM WISOR, III | 1,107.68 | 1,107.68 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT WILLIAM WISOR, III | 365.22 | 365.22 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON MAZZEI ESQ | 2,995.32 | 2,995.32 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLERK, U S BANKRUPTCY COURT | 11.51 | 11.51 | 0.00 | 11.51 |
|     Acct: ANFI | | | | |
| | | | | 11.51 |
| **Unsecured** | | | | |
|   GEMB/CARE CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX3126 | | | | |
|   ACADEMY COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: XXX8286 | | | | |
|   ECMC(*) | 807.51 | 53.49 | 0.00 | 53.49 |
|     Acct: 1579 | | | | |
|   ECMC(*) | 582.10 | 38.56 | 0.00 | 38.56 |
|     Acct: 1579 | | | | |
|   PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1579 | | | | |
|   ANDERSON FINANCIAL NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1178 | | | | |
|   ALLIED INTERSTATE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2776 | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX8259 | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX9087 | | | | |
|   BENEFICIAL/HFC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX7299 | | | | |
|   BUREAU OF COLLECTION RECOVERY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1828 | | | | |
|   CACH LLC/CACV/COLLECT AMERICA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2605 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0350 | | | | |
|   CITIFINANCIAL INC (NON-RE*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6163 | | | | |
|   CLEARFIELD BANK & TRUST CO. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2617 | | | | |
|   CLEARFIELD HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   CNB BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0001 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6173 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6175 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6193 | | | | |
|   DIRECTV INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0210 | | | | |
|   EDWIN A ABRAHAMSEN ASSOC PC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2011 | | | | |
|   FIRST COMMONWEALTH BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX9147 | | | | |
|   CBUSA++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1732 | | | | |
|   GEISINGER MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX9282 | | | | |
|   GECC/ LOWE'S++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX8686 | | | | |
|   GECC/ LOWE'S++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX9677 | | | | |
|   JCPENNEY CO INC/MONOGRAM*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX4608 | | | | |
|   GE CAPITAL RETAIL BANK | 1,092.24 | 72.35 | 0.00 | 72.35 |
|     Acct: 6437 | | | | |
|   WAL MART++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX7743 | | | | |
|   HSBC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1100 | | | | |
|   HSBC++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: XXX3229 | | | | |
|   HSBC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1378 | | | | |
|   HSBC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6274 | | | | |
|   HSBC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX3498 | | | | |
|   I.C. SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX3001 | | | | |
|   KEYSTONE CREDIT COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX5976 | | | | |
|   ASSET ACCEPTANCE LLC ASSIGNEE CIT | 1,004.94 | 66.57 | 0.00 | 66.57 |
|     Acct: XXX3381 | | | | |
|   M & T BANK/CREDIT CORP | 272.14 | 18.03 | 0.00 | 18.03 |
|     Acct: 3483 | | | | |
|   M & T BANK | 403.73 | 26.74 | 0.00 | 26.74 |
|     Acct: 5931 | | | | |
|   M & T BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6001 | | | | |
|   MARATHON PETROLEUM CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2429 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 1,411.53 | 93.50 | 0.00 | 93.50 |
|     Acct: XXXXXXX1245 | | | | |
|   NCO FINANCIAL SYSTEMS INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2100 | | | | |
|   OXFORD COLLECTION SVC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0210 | | | | |
|   PA COLLECTION SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX3171 | | | | |
|   PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1052 | | | | |
|   PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1127 | | | | |
|   PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX8689 | | | | |
|   EAST BAY FUNDING | 656.13 | 43.46 | 0.00 | 43.46 |
|     Acct: 2076 | | | | |
|   FASHION BUG++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX7733 | | | | |
|   SPRINGLEAF FINANCIAL SVCS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2621 | | | | |
|   AFNI INC**++ | 173.83 | 0.00 | 0.00 | 0.00 |
|     Acct: 0841 | | | | |
|   VERIZON/SCCR GTE/AFNI**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX9841 | | | | |
|   DELL INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0453 | | | | |
|   PEEBLES++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2713 | | | | |
|   CITIZENS AUTO FINANCE INC(*) | 19.79 | 1.31 | 0.00 | 1.31 |
|     Acct: 9797 | | | | |
| | | | | 414.01 |

TOTAL PAID TO CREDITORS                                                              66,481.38

| TOTAL | |
|---|---|
| CLAIMED | 11.51 |
| PRIORITY | 13,848.06 |
| SECURED | 6,423.94 |

Date: 08/26/2016

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    ROBERT WILLIAM WISOR, III<br>    TIA MARIE WISOR<br>        Debtor(s)<br><br>    Ronda J. Winnecour<br>        Movant<br>      vs.<br>    No Repondents. | Case No.:11-70658 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                        BY THE COURT:

                                                         _____
                                                         U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 11-70658-JAD
Robert William Wisor                                                      Chapter 13
Tia Marie Wisor
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: jfur              Page 1 of 3              Date Rcvd: Aug 29, 2016
                              Form ID: pdf900         Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2016.
```
db             +Robert William Wisor, III,    48 Old Route 322,    Philipsburg, PA 16866-8245
jdb             Tia Marie Wisor,    48 Old Route 311,    Philipsburg, PA  16866
13098155       +AES KEYSTONE BEST,   c/o AES/PHEAA,    P.O. Box 8183,    Harrisburg PA 17105-8183
13161580       +AES/PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13098160       +Beneficial/Hfc,    Po Box 3425,    Buffalo, NY 14240-3425
13098162      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
13098163      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
               (address filed with court: Citifinancial,     300 Saint Paul Pl,    Baltimore, MD 21202)
13122493       +Citizens Auto Finance,    480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
13098164       +Citizens Caf,    480 Jefferson Blvd,    Warwick, RI 02886-1359
13098165       +Clearfield Bank & Trus,    11 N 2nd St,    Clearfield, PA 16830-2443
13098166        Cnb Bank,    Market & Second,    Clearfield, PA 16830
13098201      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Webbank/Dfs,     1 Dell Way,    Round Rock, TX 78682)
13217981        ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
13250091        ECMC,    P.O. Box 75906,    St. Paul, MN 55175
13098171       +G Jwl/Cbsd,    Po Box 9714,    Gray, TN 37615-9714
13098177       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13098178       +Hsbc/Bontn,    Po Box 15221,    Wilmington, DE 19850-5221
13098179       +Hsbc/Rs,    90 Christiana Rd,    New Castle, DE 19720-3118
13098180       +Hsbc/Rs,    Pob 978,    Wood Dale, IL 60191-0978
13098182      #+Keystone Credit Collec,    124 E Main St,    Lock Haven, PA 17745-1323
13109850       +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13098188       +Midland Credit Mgmt,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13098189       +Midland Funding LLC,    c/ Edwin A. Abrahamsen & Associates, PC,    120 North Keyser Avenue,
                 Scranton, PA 18504-9701
13098190       +Midland Funding, LLC,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13098192       +Oxford Collection Serv,    135 Maxess Rd Ste 2a,    Melville, NY 11747-3801
13098156       +PNC,    c/o AES/PHEAA,    P.O. Box 8183,    Harrisburg PA 17105-8183
13098193      #+Pa Collection Svc,    63 Valley View Dr,    Washington, PA 15301-2409
13098194       +Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
13098195       +Pinnacle Credit Servic,    7900 Highway 7 # 100,    Saint Louis Park, MN 55426-4045
13098196       +Soanb/Fbug,    745 Center Street,    Milford, OH 45150-1324
13098199       +Verizon Pa,    236 E Town St  #170,    Columbus, OH 43215-4631
13098200       +Verizon Pennsylvania I,    500 Technology Dr,    Weldon Spring, MO 63304-2225
13098202        Wfnnb/Peebles,    Po Box 64,    Jacksonville, TX 75766
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: camanagement@mtb.com Aug 30 2016 02:14:06     M&T Bank,    P.O. Box 1288,
                 Buffalo, NY  14240
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 30 2016 02:11:56
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
cr              E-mail/PDF: cbp@springleaf.com Aug 30 2016 02:11:32     Springleaf Financial Services,
                 2264 E College Ave,    State College, PA  16801
13144503       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 30 2016 02:14:33     ASSET ACCEPTANCE LLC,
                 PO BOX 2036,    WARREN MI 48090-2036
13098157       +E-mail/Text: EBNProcessing@afni.com Aug 30 2016 02:14:56     Afni, Inc.,    Po Box 3427,
                 Bloomington, IL 61702-3427
13109400       +E-mail/Text: EBNProcessing@afni.com Aug 30 2016 02:14:56     Afni, Inc.,    PO Box 3667,
                 Bloomington, IL 61702-3667
13117665        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 30 2016 02:10:11     B-Line, LLC,
                 MS 550,    PO Box 91121,    Seattle, WA 98111-9221
13098161       +E-mail/Text: ebn@squaretwofinancial.com Aug 30 2016 02:15:25     Cach Llc,
                 4340 S Monaco St Unit 2,    Denver, CO 80237-3581
13098168       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Aug 30 2016 02:15:22
                 Credit Management Co,    2121 Noblestown Road,    Pittsburg, PA 15205-3956
13098167       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Aug 30 2016 02:15:22
                 Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13261659       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 30 2016 02:10:11
                 East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
                 Greenville, SC 29602-0288
13098170       +E-mail/Text: bankruptcynotice@fcbanking.com Aug 30 2016 02:13:49     First Commonwealth Ban,
                 601 Philadelphia St,    Indiana, PA 15701-3952
13433739        E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2016 02:10:39     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
13151020        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 30 2016 02:12:06     GE Money Bank,
                 c/o B-Line, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
13098172       +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2016 02:09:38     Gemb/Care Credit,    Po Box 981439,
                 El Paso, TX 79998-1439
13098173        E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2016 02:11:38     Gemb/Ge Money Bank Low,
                 Po Box 103065,    Roswell, GA 30076
```

```
District/off: 0315-7           User: jfur                   Page 2 of 3                   Date Rcvd: Aug 29, 2016
                               Form ID: pdf900              Total Noticed: 62

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13098176       +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2016 02:11:38      Gemb/Walmart,    Po Box 981400,
                 El Paso, TX 79998-1400
13098181       +E-mail/Text: bankruptcy@icsystem.com Aug 30 2016 02:15:28      I C System,    P.O. Box 64378,
                 St Paul, MN 55164-0378
13098183       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 30 2016 02:11:15      Lvnv Funding Llc,
                 Po Box 740281,    Houston, TX 77274-0281
13098184        E-mail/Text: camanagement@mtb.com Aug 30 2016 02:14:06      M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
13098185        E-mail/Text: camanagement@mtb.com Aug 30 2016 02:14:06      M & T Bank,    Po Box 7678,
                 Buffalo, NY 14240
13133825        E-mail/Text: camanagement@mtb.com Aug 30 2016 02:14:06      M&T Bank,    1100 Wehrle Drive,
                 Williamsville, NY. 14221
13098186       +E-mail/Text: camanagement@mtb.com Aug 30 2016 02:14:06      M&T Bank Na,    1 Fountain Plz Fl 4,
                 Buffalo, NY 14203-1495
13098187       +E-mail/Text: mpcbankruptcy@marathonpetroleum.com Aug 30 2016 02:14:49      Marathon Petroleum Co,
                 539 S Main St,    Findlay, OH 45840-3229
13294309       +E-mail/Text: bknotice@ncmllc.com Aug 30 2016 02:15:05      National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13098191       +E-mail/Text: bankruptcydepartment@tsico.com Aug 30 2016 02:15:37      Nco Fin/09,
                 507 Prudential Rd,    Horsham, PA 19044-2308
13107917        E-mail/PDF: rmscedi@recoverycorp.com Aug 30 2016 02:11:04
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13098197        E-mail/PDF: cbp@springleaf.com Aug 30 2016 02:10:31      Springleaf Financial S,
                 2264 E College Ave,    State College, PA 16801
13098198        E-mail/PDF: cbp@springleaf.com Aug 30 2016 02:10:32      Springleaf Financial S,
                 600 N Royal Ave,    Evansville, IN 47715
                                                                                              TOTAL: 29

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T Bank
13098174        Gemb/Jcp
13098175        Gemb/Walm
13098154        Robert William Wisor, III and Tia Marie Wisor
cr*            +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*             ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
cr*            +East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
                 GREENVILLE, SC 29602-0288
cr*            +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                 Memphis, TN 38125-1741
13098158      ##+Bank Of America,    Po Box 17054,   Wilmington, DE 19850-7054
13098159      ##+Bank Of America,    Po Box 1598,   Norfolk, VA 23501-1598
13098169      ##+Edwin A. Abrahamsen & Associates,    120 North Keyser Avenue,    Scranton, PA 18504-9701
                                                                                   TOTALS: 4, * 4, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2016                                        Signature:  /s/Joseph Speetjens

```
District/off: 0315-7          User: jfur                 Page 3 of 3                Date Rcvd: Aug 29, 2016
                              Form ID: pdf900            Total Noticed: 62
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2016 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              Andrew F Gornall    on behalf of Creditor    M&T Bank agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Celine P. DerKrikorian    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              Margaret  Gairo    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor    M&T Bank mcohen@mwc-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Tia Marie Wisor ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Robert William Wisor, III ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```