**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 11-70658-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Robert William Wisor<br>48 Old Route 322<br>Philipsburg PA 16866 | Tia Marie Wisor<br>48 Old Route 311<br>Philipsburg PA 16866 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/06/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 12: GE Capital Retail Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami, FL 33131-1605 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    09/09/16

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 11-70658-JAD
Robert William Wisor                                                    Chapter 13
Tia Marie Wisor
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: gamr               Page 1 of 1              Date Rcvd: Sep 07, 2016
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 13433739       E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2016 01:25:12      GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami, FL 33131-1605
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2016 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              Andrew F Gornall    on behalf of Creditor    M&T Bank agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Celine P. DerKrikorian    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              Margaret  Gairo    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor    M&T Bank mcohen@mwc-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Tia Marie Wisor ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Robert William Wisor, III ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 9